IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY BUSSIE,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　13-cv-476-wmc

ATTORNEY GENERAL,
CIVIL RIGHT EVALUATION - DIVISION,
SENATOR PATRICK LEAHY and
CONGRESSMAN ROBERT E. ANDREWS,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case as frivolous and malicious pursuant to 28 U.S.C. § 1915A(b).

| /s/ | 7/30/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |